# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**TIFFANY RENA TURNER**                                                             **PLAINTIFF**

**v.**                 **CASE NO. 2:16-CV-00157-JM-BD**

**NANCY A. BERRYHILL, Acting Commissioner,**
**Social Security Administration**                                              **DEFENDANT**

## ORDER

The Court has received a Recommended Disposition from Magistrate Judge Beth Deere. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is REVERSED AND REMANDED, with instructions to develop the record as necessary and to perform a credibility analysis considering the factors set out in *Polaski*.

DATED this 17th day of October, 2017.

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

TIFFANY RENA TURNER                                          PLAINTIFF

v.                    CASE NO. 2:16-CV-00157-JM-BD

NANCY A. BERRYHILL, Acting Commissioner,
Social Security Administration                               DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is REVERSED AND REMANDED.

Judgment is entered in favor of the Plaintiff.

DATED this 17th day of October, 2017.

_____
UNITED STATES DISTRICT JUDGE